**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Miguel ANGUIANO–JIMENEZ, a.k.a.
Miguel Jimenez–Anguiano,
Defendant–Appellant.**

**No. 12–10438.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2013.*

Filed Aug. 1, 2013.

Sheila Ann Phillips, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Tonya Jill Peterson, Esquire, Phoenix, AZ, for Defendant–Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Miguel Anguiano–Jimenez appeals from the district court's judgment and challenges his guilty-plea conviction and 46–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Anguiano–Jimenez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Anguiano–Jimenez has filed a pro se supplemental brief. No answering brief has been filed.

Anguiano–Jimenez has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.